# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| VIASAT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PEARL NETWORKS, INC., YONDER WIRELESS OF CALIFORNIA, LLC, YONDER BROADBAND OF CALIFORNIA – YUBA, LLC,<br><br>Defendants. | Case No. 2:11-CV-03146-MCE (EFB)<br><br>**ORDER RETAINING CONTINUING JURISDICTION, AND DISMISSING CASE WITHOUT PREJUDICE** |

The Court, having reviewed the Dismissal Without Prejudice submitted by Plaintiff VIASAT, INC. ("Plaintiff"), and the Stipulated Permanent Injunction submitted by Plaintiff and Defendants PEARL NETWORKS, INC., YONDER WIRELESS OF CALIFORNIA, LLC, and YONDER BROADBAND OF CALIFORNA – YUBA, LLC ("Defendants"), and good cause having been shown for the requested relief,

**IT IS ORDERED THAT** this Court will retain continuing jurisdiction to enforce the Stipulated Permanent Injunction; and

**IT IS FURTHER ORDERED THAT** this action is dismissed, without prejudice.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE